**CRIMINAL COMPLAINT**
(Submitted electronically)

| | |
|---|---|
| **United States District Court** | **DISTRICT of ARIZONA** |
| United States of America<br>v.<br>Leanne Berger<br>YOB: 1953; United States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>25-06740MJ |

Complaint for violations of:   Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)
Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>:  On or about September 13, 2025, at or near Lukeville, in the District of Arizona, **Leanne Berger** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

<u>COUNT 2</u>:  On or about September 13, 2025, at or near Lukeville, in the District of Arizona, **Leanne Berger,** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 13, 2025, at approximately 3:44 p.m., Leanne BERGER attempted to enter the United States via the Lukeville Port of Entry in Lukeville, Arizona. BERGER was the driver and sole occupant of a blue 2010 Toyota Prius. During primary inspection, BERGER presented a valid U.S. Passport for identification. BERGER made a binding negative declaration for plants, fruits, meats, vegetables, monetary instruments over $10,000.00 in commercial merchandise, and/or contraband in the vehicle. When BERGER was asked where she was traveling from and where she was traveling to, BERGER stated she was coming from Sonora, Mexico and was now traveling home to Apache Junction, Arizona, where she resides. During the inspection, the Customs and Border Protection Officer (CBPO) noticed several wooden statues inside of the vehicle. When CBP officers grabbed one of the statues, they noticed it felt heavy for the size of the statue and type of material.

CONTINUED ON NEXT PAGE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| | |
|---|---|
| **DETENTION REQUESTED**<br>     Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>    Sworn to telephonically. | **SIGNATURE OF COMPLAINANT (official title)**<br>JORGE A DURAN  *Digitally signed by JORGE A DURAN Date: 2025.09.15 11:12:54 -07'00'*<br>**OFFICIAL TITLE**<br>Special Agent Jorge Duran<br>Homeland Security Investigations |
| **SIGNATURE OF MAGISTRATE JUDGE**[1)]<br>*Maria S. Aguilera* | **DATE**<br>September 15, 2025 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewed by AUSA Jennifer Berman

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

Officers referred the vehicle and occupant to secondary inspections for further examination, specifically to check the wooden statues due to the weight. After the vehicle was driven to a secure location, officers discovered a total of twelve (12) wooden statues in the vehicle, all of which were wrapped in saran wrap. A Canine Enforcement Officer (CEO) drilled a 1/4-inch hole into the bottom of one of the statues which revealed a crystalline substance within the statue. A field test of the crystalline substance residue that was collected on the drill bid was conducted and the test yielded positive results for the properties of methamphetamine.

The CEO then utilized a Human and Narcotics Detection Dog (HNDD) to conduct a canine sniff of the statues. The canine alerted to an odor it was trained to detect. The CBPO threw one of the statues on the floor, causing it to break into two pieces and exposing small packages of a crystal-like substance that were hidden within it. Officers discovered a total of 12 wooden statues located in the back seat of BERGER's vehicle. After breaking the rest of the statues open, a total of 49 packages containing suspected narcotics were found inside the statues. Representative samples of the contents of the packages were field tested and yielded positive results for the properties of methamphetamine and fentanyl. Forty-four (44) packages contained methamphetamine and weighed 20.18 kilograms. Five (5) packages contained Fentanyl pills and weighed 5.48 kilograms.

After waiving her *Miranda* rights, BERGER stated that she drove to Mexico last week and purchased the statues from a friend for $300.00. BERGER stated she was going bring the statues back to her home, and would call "Nino", who she identified as her friend's son. BERGER stated that her friend's son would either come to her house, or she would meet him halfway, to give him the statues. BERGER initially stated she would be reimbursed by her friend's son, but she later said she would be paid $100.00 for the statues. BERGER stated she has purchased and crossed these statues into the United States approximately five (5) or six (6) times before. During a consensual search of BERGER's cell phone, agents found text messages between BERGER and another individual concerning BERGER's trip to Mexico. The day prior, that individual texted BERGER to say that BERGER's friend was instructing her not to call his son yet because the son was in Mexico but would be back in Phoenix on Monday.

